

# Missouri Court of Appeals
## Southern District

**SEPTEMBER 11, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33082

     Re:    AARON R. ELDRIDGE,
            Movant-Appellant,
            vs.
            STATE OF MISSOURI,
            Respondent-Respondent.